UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRIAN MCMULLAN,
Plaintiff

-v-

MCI LLC D/B/A VERIZON BUSINESS,
VERIZON BUSINESS; AND VERIZON
COMMUNICATIONS, INC.
Defendant

Case No.

**07 CIV 3720**

Rule 7.1 Statement

**JUDGE McMAHON**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for ___BRIAN MCMULLAN___ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held. NONE

MAY 10 2007
U.S.D.C. S.D. N.Y.
CASHIERS

Date: MAY 10, 2007

Signature of Attorney
ETHAN LEONARD

Attorney Bar Code: EL 2497

Form Rule7_1.pdf