UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
BRIAN MCMULLAN,

                         Plaintiff(s),

    -against-

MCI LLC, d/b/a VERIZON BUSINESS,
**ET AL.**,

                     Defendant(s).
------------------------------------------------------X
STATE OF NEW YORK    )
                           s.s:
COUNTY OF NEW YORK  )

CASE NO. 07 CV 3720

**AFFIDAVIT OF SERVICE**

    STEVEN MITCHELL, being duly sworn, deposes and says that he is an employee of KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is not a party to the action.
    That on the 12th day of July, 2007, at approximately 2:00 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL CASE; COMPLAINT; ECF FILING INSTRUCTIONS and JUDGE'S RULES** upon Verizon Communications, Inc. at 140 West Street, New York, New York by personally delivering and leaving the same with Janet Donnelly, who is authorized by appointment to accept service.
    Janet Donnelly is a white female, approximately 45-50 years of age, is approximately 5 feet and 6 inches tall, weighs approximately 125 pounds, with short brown hair and dark eyes and was wearing glasses.

Sworn to before me this
12th day of July, 2007

STEVEN MITCHELL #1164011

MICHAEL J. KEATING
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-KE-4851559
Qualified in New York County
Commission expires February 3, 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
BRIAN MCMULLAN,

                Plaintiff(s),

                CASE NO. 07 CV 3720

  -against-

MCI LLC, d/b/a VERIZON BUSINESS,
**ET AL.**,

                **AFFIDAVIT OF SERVICE**

                Defendant(s).
------------------------------------------------------X
STATE OF NEW YORK  )
                            s.s:
COUNTY OF NEW YORK  )

     STEVEN MITCHELL, being duly sworn, deposes and says that he is an employee of KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is not a party to the action.
     That on the 12th day of July, 2007, at approximately 2:00 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL CASE; COMPLAINT; ECF FILING INSTRUCTIONS and JUDGE'S RULES** upon Verizon Business at 140 West Street, New York, New York by personally delivering and leaving the same with Janet Donnelly, who is authorized by appointment to accept service.
     Janet Donnelly is a white female, approximately 45-50 years of age, is approximately 5 feet and 6 inches tall, weighs approximately 125 pounds, with short brown hair and dark eyes and was wearing glasses.

Sworn to before me this
12th day of July, 2007

                                             STEVEN MITCHELL #1164011

MICHAEL J. KEATING
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-KE-4851959
Qualified in New York County
Commission expires February 3, 2010